UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPORT MANAGEMENT, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>LAKE MATHEWS MINERAL PROPERTIES, LTD., et al.,<br><br>   Defendants. | Case No. 14-cv-00070-VC<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION; SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 27, 36 |

The motion to compel arbitration is granted. Although the defendants argue the contract containing the arbitration clause is invalid, they have presented no evidence or argument that the arbitration provision itself is invalid. *See Buckeye Check Cashing, Inc. v. Cardegna*, 546 U.S. 440, 445-46 (2006).

The plaintiff's request that the court appoint a particular arbitrator, Martin H. Dodd, is denied. The parties are ordered to jointly select an arbitrator by August 12, 2014.

The court will retain jurisdiction for the sole purpose of ensuring that the parties are capable of selecting an arbitrator. After the parties select an arbitrator, the court will enter judgment for the plaintiff on the petition to compel arbitration. If, after the arbitration, a party feels the need to resort to further court proceedings, the party must determine whether it is appropriate to seek relief in federal or state court.

A telephonic case management conference will be held on August 12, 2014 at 10:00 a.m., for purposes of obtaining a report on whether the parties have selected an arbitrator. The court will not entertain further argument at the case management conference on the motion to compel arbitration. If the parties have failed to select an arbitrator by that time, the court will consider sanctions. If the parties select an arbitrator before that time, they may inform the court and avoid appearing at the case management conference, and judgment will be entered.

1      **IT IS SO ORDERED.**

2      Dated: June 26, 2014

3      _____

4      VINCE CHHABRIA
       United States District Judge

2