UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPORT MANAGEMENT, INC.,<br>            Plaintiff,<br>   v.<br>LAKE MATHEWS MINERAL<br>PROPERTIES, LTD., et al.,<br>            Defendants. | Case No.  14-cv-00070-VC<br><br>**ORDER APPOINTING ARBITRATOR AND CLOSING CASE**<br><br>Re: Dkt. No. 47 |

At the August 12, 2014 Case Management Conference, the parties informed the Court that they have agreed that Martin Dodd will serve as the arbitrator in this matter.  This terminates all proceedings in this Court.  Any further inquiries should be directed to the arbitrator, who will be responsible for adjudicating the merits of this dispute.  A separate judgment will be entered against the respondent on the petition to compel arbitration, and the case will be closed.

**IT IS SO ORDERED.**

Dated: August 12, 2014

_____
VINCE CHHABRIA
United States District Judge