UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIDGEPORT MANAGEMENT, INC.,

Plaintiff,

v.

LAKE MATHEWS MINERAL PROPERTIES, LTD., et al.,

Defendants.

14-cv-00070-VC

**JUDGMENT**

The Court, having granted the motion to compel arbitration, now enters judgment in favor of the plaintiff and against the defendants. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 13, 2014

VINCE CHHABRIA
United States District Judge