UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPORT MANAGEMENT, INC.,<br>          Plaintiff,<br>     v.<br><br>LAKE MATHEWS MINERAL<br>PROPERTIES, LTD., et al.,<br>          Defendants. | Case No. 14-cv-00070-VC<br><br>**ORDER DENYING MOTION FOR ATTORNEY FEES**<br>Re: Dkt. No. 50 |

The motion for attorney's fees is denied. Any request for fees incurred in the adjudication of the petition to compel arbitration is more properly considered by the arbitrator upon termination of the proceedings.

**IT IS SO ORDERED.**

Dated: September 11, 2014

_____
VINCE CHHABRIA
United States District Judge